IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER TAHCHAWWICKAH,

    **Plaintiff,**

    v.                                                       CASE NO. 24-3017-JWL

J. HERNANDEZ, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

Shortly after this Court entered its order dismissing without prejudice this pro se civil rights action brought by Plaintiff Christopher Tahchawwickah, the Court received in the mail documents from Plaintiff that seek to add "additional evidence." (Doc. 14.) The Court has reviewed the documents carefully and has liberally construed them as a motion to supplement the second amended complaint. Because the information contained therein does not alter any of the conclusions that are set out in the Court's memorandum and order entered this same day, the motion to supplement the second amended complaint will be denied. This case remains closed.

**IT IS THEREFORE ORDERED BY THE COURT** that the motion to supplement the second amended complaint (Doc. 14) is **denied**. This matter remains closed.

**IT IS SO ORDERED**.

Dated April 10, 2024, in Kansas City, Kansas.

                                                    S/ John W. Lungstrum
                                                    JOHN W. LUNGSTRUM
                                                    United States District Judge