IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER TAHCHAWWICKAH,

    **Plaintiff,**

    v.                                                        CASE NO. 24-3017-JWL

SEWARD COUNTY JAIL, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

In April 2024, the Court dismissed this 42 U.S.C. § 1983 action for failure to state a plausible claim upon which relief could be granted. (Doc. 12.) Plaintiff Christopher Tahchawwickah has now filed a motion to reopen this case and allow the filing of the proposed third amended complaint attached to his motion. (Doc. 20.) The Court will direct the Clerk to reopen this case solely for the limited purpose of allowing the Court to consider and rule on Plaintiff's current motion. Plaintiff should not submit any additional filings until the Court issues further orders.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk shall reopen this matter for the limited purpose of allowing the Court to consider and rule on Plaintiff's recently filed motion to reopen case (Doc. 20). Plaintiff should not submit any additional materials to the Court until the Court rules on his motion.

**IT IS SO ORDERED**.

**Dated July 8, 2024, in Kansas City, Kansas.**

                                            S/ John W. Lungstrum
                                            JOHN W. LUNGSTRUM
                                            United States District Judge